## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CAITLIN WALSH, on behalf of herself and all
others similarly situated,

Case No. 3-25-cv-50483

Hon. Iain D. Johnston, USDJ

                            Plaintiffs,

            v.

ISLAND WATCH INC.

                            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TRANSFER VENUE AND FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Having considered Defendant Island Watch, Inc.'s Unopposed Motion to Transfer Venue and for Extension of Time to Answer or Otherwise Respond to the Complaint, and the entire record herein, it is

**HEREBY ORDERED** as follows:

1. Defendant's Unopposed Motion to Transfer Venue and for Extension of Time to Answer or Otherwise Respond to the Complaint is **GRANTED**.

2. The Clerk of Court is directed to transfer this case transfer this action to the United States District Court for the Eastern District of New York under 28 U.S.C. 28 U.S.C. § 1406(a) forthwith.

3. Defendant's time to answer or otherwise respond to the Complaint is extended through February 20, 2026, or such other date as may be set by the transferee court.

Dated: This 2nd day of February, 2026

_____

Hon. Iain D. Johnston
United States District Judge